No. 01–1291.  MOWBRAY v. CAMERON COUNTY ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–1295.  BOOKER, CLASS REPRESENTATIVE v. ILLINOIS. C. A. 7th Cir.  Certiorari denied.

No. 01–1296.  KREISS ET AL. v. SALSITZ ET AL.  Sup. Ct. Ill. Certiorari denied.

No. 01–1298.  PARKVIEW ASSOCIATES PARTNERSHIP ET AL. v. CITY OF LEBANON ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 01–1299.  WATTS v. CITY OF NORMAN.  C. A. 10th Cir. Certiorari denied.

No. 01–1301.  SEYMOUR v. REESE.  C. A. 4th Cir.  Certiorari denied.

No. 01–1302.  HARPER v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 01–1303.  GREEN ET AL. v. NORTH ARUNDEL HOSPITAL ASSN., INC., ET AL.  Ct. App. Md.  Certiorari denied.

No. 01–1306.  FRYE v. HICKMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–1308.  INTRATEC RESOURCE CO. v. EL PASO CORP. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–1314.  VAIZ ET AL. v. SOUTHERN MULTIFOODS, INC., ET AL.  Sup. Ct. Tex.  Certiorari denied.

No. 01–1315.  SCALES v. NEVADA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–1319.  C. R. BARD, INC. v. W. L. GORE & ASSOCIATES, INC.  C. A. 3d Cir.  Certiorari denied.

No. 01–1322.  DODD ET AL. v. ARKANSAS.  Sup. Ct. Ark.  Certiorari denied.